AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

FID: 11943356

### District of Columbia

United States of America

v.

Zabdiel Aaron Rothschild (AKA: N/A)

)
)
)
)
)
)

*Defendant*

Case: 1:26-mj-00069
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 4/1/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                 Zabdiel Aaron Rothschild                 ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a),(e) Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child;
18 U.S.C. § 2422(b) Coercion and Enticement of a Minor;
18 U.S.C. § 2252(a)(2) Receipt and Attempted Receipt of Child Pornography;
18 U.S.C. § 1470 Transfer of Obscene Material to Minors.

Date:     04/01/2026

*Issuing officer's signature*

City and state:     Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/1/126 , and the person was arrested on *(date)* 4/7/26 at *(city and state)* Washington DC . |
| Date: 4/7/26 |
| *Arresting officer's signature* |
| Jacqueline Scott  Special agent FBI |
| *Printed name and title* |